USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED  10/4/12

Fox, mag

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
IN RE: TERM COMMODITIES
COTTON FUTURES LITIGATION

Master Docket
No. 12-cv-5126 (ALC) (KNF)

This Document Relates To: All Actions

STIPULATION AND PROPOSED
ORDER

------------------------------------------------X

## JOINT STIPULATION AND PROPOSED ORDER REGARDING DEFENDANT LOUIS DREYFUS COMMODITIES B.V.

IT IS HEREBY STIPULATED AND AGREED by and between the parties that,

1. Notwithstanding the last sentence of footnote one of Pre-Trial Order No. 1, filed on August 13, 2012, all provisions of Pre-Trial Order No. 1 shall apply to Defendant Louis Dreyfus Commodities B.V.

3. This Stipulation and Order shall not be construed as a waiver of, and Louis Dreyfus Commodities B.V. expressly reserves, any and all defenses, including without limitation any and all defenses related to personal jurisdiction.

Respectfully Submitted,

Dated: September 25, 2012

| LOVELL STEWART HALEBIAN JACOBSON LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Christopher Lovell<br>Ian T. Stoll<br>Christopher M. McGrath<br>Benjamin M. Jaccarino<br>Amanda N. Miller<br>61 Broadway, Suite 501<br>New York, NY 10004<br>Telephone: (212) 608-1900<br>Facsimile: (212) 719-4677 | Bruce E. Clark<br>Stephen Ehrenberg<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588 |
| *Interim Lead Class Counsel*<br>*Counsel for Plaintiffs* | *Counsel for All Defendants* |

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

/Kevin Nathaniel Fox/

Hon. Kevin Nathaniel Fox
United States Magistrate Judge

DATED: 10/4/12