

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERM COMMODITIES COTTON FUTURES LITIGATION<br><br>This Document Relates to: All Actions | Master Docket<br>No. 12-cv-5126 (ALC) (KNF) |
| BRIAN LEDWITH and ADAM HARRINGTON, Individually And On Behalf Of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>TERM COMMODITIES, INC., ALLENBERG COTTON CO., JOSEPH NICOSIA, LOUIS DREYFUS COMMODITIES B.V., LOUIS DREYFUS COMMODITIES LLC, and JOHN DOES NOS. 1-10,<br><br>Defendants. | No. 12-cv-5732 (ALC) (KNF)<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

### JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CONSOLDIATION OF RELATED ACTION

WHEREAS, on July 19, 2012, Plaintiffs in the following cases filed a motion to consolidate ("Consolidation Motion") the following actions ("Subject Actions") pursuant to Federal Rule of Civil Procedure 42(a): (1) *Allen v. Term Commodities et al.*, No. 12-cv-5216 (S.D.N.Y.); *Walford v. Term Commodities et al.*, No. 12-cv-5269 (S.D.N.Y.); (3) *Pinkham v. Term Commodities et al.*, No. 12-cv-5334 (S.D.N.Y.); (4) *Meierfeld v. Term Commodities et al.*, No. 12-cv-5380 (S.D.N.Y.); (5) *Satullo v. Term Commodities et al.*, No. 12-cv-5470 (S.D.N.Y.); and (6) *Crosta v. Term Commodities et al.*, 12-cv-5563 (S.D.N.Y.) (Dkt. 4);

WHEREAS, on July 26, 2012 – one week after the Consolidation Motion was filed – a related action captioned *Ledwith et al. v. Term Commodities et al.*, 12-cv-5732 (S.D.N.Y.) ("*Ledwith* Action") was filed, which alleged identical claims against the same defendants;

WHEREAS, on August 13, 2012, the Court entered Pretrial Order No. 1 (Dkt. No. 14) consolidating the "Subject Actions" under the caption *In re Cotton Term Commodities Futures Litigation*, 12-cv-5126 (S.D.N.Y.) ("Consolidated Action");

WHEREAS, the *Ledwith* Action was not expressly referenced in Pretrial Order No. 1 because it was not the subject of the Consolidation Motion and was filed thereafter; and

WHEREAS, Paragraph 9(a) of Pretrial Order No. 1 provides that Pretrial Order No. 1 "shall apply to each case alleging claims similar to those set forth in these consolidated actions":

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the *Ledwith* Action shall be consolidated as part of *In re Cotton Term Commodities Futures Litigation*, 12-cv-5126 and that all motions and related pleadings heretofore filed in the *Ledwith* Action shall be deemed to have been filed in the Consolidated Action.

Respectfully Submitted,

Dated: April 1, 2013

| | |
|---|---|
| **LOVELL STEWART HALEBIAN JACOBSON LLP** | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P** |
| By: /s/ Christopher Lovell | By: /s/ Bernard Persky |
| Christopher Lovell<br>Ian T. Stoll<br>Christopher M. McGrath<br>Benjamin M. Jaccarino<br>Amanda N. Miller<br>61 Broadway, Suite 501<br>New York, NY 10004<br>Telephone: (212) 608-1900<br>Facsimile: (212) 719-4677<br><br>*Interim Lead Class Counsel* | Bernard Persky<br>William V. Reiss<br>601 Lexington Avenue<br>Suite 3400<br>New York, NY 10022<br>Telephone: (212) 980-7400<br>Facsimile: (212) 980-7499<br><br>*Counsel for Plaintiffs Brian Ledwith and Adam Harrington* |

SULLIVAN & CROMWELL LLP

By: /s/ Stephen Ehrenberg
Bruce E. Clark
Stephen Ehrenberg
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for All Defendants*

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

_____
Hon. Andrew L. Carter, Jr.
United States District Judge

DATED: 4/2/13