UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

IN RE: TERM COMMODITIES         12-CV-5126 (ALC)(KNF)
COTTON FUTURES LITIGATION       ORDER

----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the court's calendar the May 17, 2013 hearing is adjourned to May 20, 2013 at 11:00 a.m.

**SO ORDERED.**

Dated: New York, New York
April 19, 2013

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4-19-13