MEMO ENDORSED

## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

[stamp: ELECTRONICALLY FILED  10-6-14]

October 3, 2014

Via ECF and E-mail

The Honorable Andrew L. Carter, Jr.,
        United States District Judge,
                Southern District of New York,
                        United States Courthouse,
                                500 Pearl Street,
                                        New York, New York  10007.

                Re:     *In re:  Term Commodities Cotton Futures Litig.*,
                        Master Docket No. 12-cv-5126 (ALC) (KNF) (All Actions)

Dear Judge Carter:

                I write on behalf of the Defendants in the above referenced matter
regarding the status conference scheduled for October 21, 2014, at 11 a.m.
Unfortunately, I have a pre-existing obligation for a speaking engagement that morning.
I have conferred with Plaintiffs' counsel and Your Honor's scheduling clerk regarding
availability.  The parties are available at any time on October 22, 23, and 24 for the
conference.  We respectfully request an adjournment to one of those dates.

                                Respectfully submitted,

                                Stephen Ehrenberg

cc:     Counsel of Record
        (By E-mail)

Granted. Status conference
adjourned to 10/22/14 at 2:30 p.m.
So Ordered.

Andrew L Carter Jr
10-6-14