UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: TERM COMMODITIES COTTON        :
FUTURES LITIGATION,                                        **ORDER**
                                                                                :
THIS DOCUMENT RELATES TO ALL          **MASTER DOCKET**
MEMBER CASES OF THIS ACTION:        :
                                                                                      12-CV-5126 (ALC)(KNF)
12-CV-5126                                                    :
12-CV-5269
12CV-5334                                                    :
12-CV-5380
12-CV-5470                                                    :
12-CV-5563
12-CV-5732                                                    :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE



IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on May 28, 2015, at 11:30 a.m. Counsel to the plaintiffs shall initiate the call to (212) 805-6705.

Dated: New York, New York
           May 26, 2015

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE