# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

Telephone
212.608.1900

Facsimile
212.719.4775

November 9, 2015

**BY ECF (*without enclosures*) & E-MAIL (*with enclosures*)**
The Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Folely Square, Rome 435
New York, New York 10007-1312

Re:   *In re: Term Commodities Cotton Futures Litig.,* 12-cv-5126 (ALC) (KNF) (S.D.N.Y.)

Dear Judge Carter:

     As an attorney for Plaintiffs in the above referenced action, I am writing pursuant to Section 1.A and 1.G of Your Honor's Individual Practices in order to provide courtesy copies of the following documents:

(1) Plaintiffs' Notice of Motion to File Under Seal dated November 9, 2015 [Dkt. No. 215];

(2) Plaintiffs' Memorandum of Law In Support of Plaintiffs' Motion for Leave to File Under Seal dated November 9, 2015 with accompanying Exhibit A (*proposed redacted copy*) [Dkt. No. 216]; and

(3) Plaintiffs' Un-Redacted Letter dated November 9, 2015 with accompanying un-redacted Exhibits A-C.  Plaintiffs' letter respectfully requests a conference with the Court or grant Plaintiffs leave to move to extend the discovery cut-off deadline.

     Thank you very much.

                              Respectfully submitted,
                              */s/ Christopher Lovell*
                              Christopher Lovell

cc: Counsel of Record (via e-mail with enclosures)