# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| Telephone | Facsimile |
|---|---|
| 212.608.1900 | 212.719.4775 |

November 17, 2015

**BY ECF (*without enclosures*) & HAND DELIVERY (*with enclosures*)**

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
New York, New York 10007-1312

Re:    *In re: Term Commodities Cotton Futures Litig.,* 12-cv-5126 (ALC) (KNF) (S.D.N.Y.)

Dear Judge Fox:

As an attorney for Plaintiffs in the above referenced action, I am writing pursuant to Section 2.B of Your Honor's Individual Practices in order to provide courtesy copies of the following documents:

(1) Plaintiffs' Notice of Motion to File Under Seal dated November 17, 2015 [ECF No. 227];

(2) Plaintiffs' Memorandum of Law In Support of Plaintiffs' Motion for Leave to File Under Seal dated November 17, 2015 with accompanying Exhibit A (*proposed redacted copy*) [ECF No. 228]; and

(3) Plaintiffs' Un-Redacted Letter dated November 17, 2015 with accompanying un-redacted Exhibit A.  Plaintiffs' letter respectfully requests leave to submit a reply in further support of Plaintiffs' motion to extend the discovery cut-off (ECF No. 216-1) and in response to Defendants' opposition (ECF No. 220-1).

(4) The Un-Redacted Declaration of Amanda N. Miller in Further Support of Plaintiffs' Request for an Extension of the Fact Discovery Deadline.

Thank you very much.

Respectfully submitted,
*/s/ Christopher Lovell*
Christopher Lovell

cc: Counsel of Record (via e-mail with enclosures)