**Exhibit A**

LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

Telephone
212.608.1900

Facsimile
212.719.4775

November 20, 2015

**BY ECF & HAND DELIVERY**
Honorable Kevin N. Fox
United States Magistrate Judge
Thurgood Marshall United States Courthouse

Re: *In re: Term Commodities Cotton Futures Litig.*, 12-cv-5126 (ALC) (KNF) (S.D.N.Y.)

Dear Magistrate Judge Fox:

Plaintiffs respectfully request leave to reply to Defendants' opposition (ECF No. 223) to Plaintiffs' motion to compel Defendants to produce [REDACTED] for Fed.R.Civ.P 30(b)(1) depositions. ECF No. 198.

[REDACTED]



[1] *See Boss Mfg. Co. v. Hugo Boss AG,* No. 97 Civ. 8495(SHS)(MHD), 1999 WL 20828, at *4 (S.D.N.Y.) ('the burden is modest"); *Louis Vuitton Malletier v. Dooney & Bourke, Inc., ("LVM"),* No. 04 CIV. 5316 RMB MHD, 2006 WL 3476735, at *14 (S.D.N.Y. Nov. 30, 2006) (Dolinger, MJ) ("all doubts are to be resolved in favor of the examining party").

[2] *See Calderon v. Experian Info. Sols., Inc.,* 290 F.R.D. 508, 518 (D. Idaho 2013) ("where the question is whether the deposition should occur, as opposed to whether the corporation may ultimately be bound by the employee's statements, the third factor, i.e. the witness's likely 'identification with the interests of the employer'—is said to be the 'paramount test.' ", *citing E.I. DuPont de Nemours & Co. v. Kolon Indus.,* 268 F.R.D. 45, 49 (2010); *In re Honda American Motor Co., Inc. Dealership Litigation,* 168 F.R.D. 535, 541 (D.Md.1996); *Boston Diagnostics Development Corp., Inc. v. Kollsman Mfg. Co.,* 123 F.R.D. 415, 416 (D.Mass.1988); *Independent Productions Corp. v. Loew's Inc.,* 24 F.R.D. 19, 25 (S.D.N.Y.1959); FPP § 2103.).



[3] *See, Schindler Elevator Corp. v. Otis Elevator Co.*, No. 06 CIV.5377CMTHK, 2007 WL 1771509, at *6 (S.D.N.Y. June 18, 2007), (in finding that this factor supported a finding of managing agent status, the court stated that the individual "appears to have been 'in charge of the *particular* matter' (emphasis supplied) even though he was responsible to higher authority to some extent" *quoting Boston Diagnostics Dev. Corp., Inc. v. Kollsman Mfg. Co.*, 123 F.R.D. 415, 417 (D.Mass.1988).



*see also In re Term Commodities Cotton Futures Litig.*, No. 12-cv-5126, 2013 WL 9815198 at **12, 16(S.D.N.Y. Dec. 20, 2013).



*ee Lockheed Martin Corp., Plaintiff, v. The Boeing Co.*, No., 603-CV-796, 2003 WL 22962782, at *3 (M.D. Fla. Oct. 21, 2003) (Court excludes cross-subpoenas from notices counted for purposes of the number of depositions).



**Conclusion.** This Court should order Defendants to produce for Rule 30(b)(1) deposition.

Respectfully submitted,

Christopher Lovell

cc: Counsel of Record (by ECF)

**Exhibit A**

**Exhibit Filed Under Seal**

**Exhibit B**

**Exhibit Filed Under Seal**