UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: TERM COMMODITIES COTTON      :
FUTURES LITIGATION,

                                                         **ORDER**

THIS DOCUMENT RELATES TO ALL         :    **MASTER DOCKET**
MEMBER CASES OF THIS ACTION:         :
                                                 12-CV-5126 (ALC)(KNF)
12-CV-5126                           :
12-CV-5269
12CV-5334                            :
12-CV-5380
12-CV-5470                           :
12-CV-5563
12-CV-5732                           :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE



      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on December 16, 2015, at 4:30 p.m. Counsel to the plaintiffs shall initiate the call to (212) 805-6705.

Dated:  New York, New York                    SO ORDERED:
           December 11, 2015

                                                  */s/ Kevin Nathaniel Fox*
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE