**Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE: TERM COMMODITIES COTTON   :    Master Docket
FUTURES LITIGATION               :    No. 12-cv-5126 (ALC) (KNF)
                                         :
                                         :
                                       :
This Document Relates To:  All Actions   :
                                       :
                                       :
-------------------------------------------------------x

**PLAINTIFFS' RULE 72(a) OBJECTIONS TO MAGISTRATE JUDGE FOX'S**
**<u>DECEMBER 16, 2015 ORDER</u>**

**Table of Contents**

**Filed Under Seal**

## Table of Authorities

*Anthropologie, Inc. v. Forever 21, Inc.*, No. 07 Civ. 7873, 2009 WL 690239
 (S.D.N.Y. Mar. 11, 2009)……………………………………………………………..14

*Catskill Dev., L.L.C. v. Park Place Entm't Corp.*, 206 F.R.D. 78, 89 (S.D.N.Y. 2002)…………15

*Daval Steel Prods., a Div. of Francosteel Corp. v. M/V Fakredine,*
 951 F.2d 1357 (2d Cir.1991)………………………………………………………………15

*E.E.O.C. v. Morgan Stanley & Co.,* No. 01 CIV. 8421, 2004 WL 1542264
 (S.D.N.Y. July 8, 2004)……………………………………………………………………15

*Guzman v. The City of New York* No. 10-cv-0653 (S.D.N.Y.)…………………………...…18

*Hollander v. Am. Cyanamid Co.*, 895 F.2d 80 (2d Cir. 1990)…………………………..………15

*In re Term Commodities Cotton Futures Litig.*, No. 12 Civ. 5126, 2013 WL 9815198
 (S.D.N.Y. Dec. 20, 2013)……………………………………………………………..*passim*

*Laakso v. Xerox Corp.,* No. 08-CV-6376, 2011 WL 3360033
 (W.D.N.Y. Aug. 3, 2011)…………………………………………………………………...15

*Newman et al v. Herbst, ET Al*, No. 09-cv-04313 (E.D.N.Y)……………………………………18

*Ni et al v. Bat-Yam Food Services Inc. et al*, No. 13 Civ. 7274 (S.D.N.Y.)……………………..18

*Progress Bulk Carriers v. Am. S.S. Owners Mut. Prot. & Indem. Ass'n, Inc.,*
 2 F. Supp. 3d 499 (S.D.N.Y. 2014)………………………………………………………1

*Schneider v. Fried,* 320 F.3d 396 (3d Cir.2003)……………………………………………...15

*Schoolcraft v. City of New York,* No. 10 Civ. 6005, 2012 WL 2161596
 (S.D.N.Y. Jun. 14, 2012)…………………………………………………………………...15

*TradeWinds Airlines, Inc. v. Soros*, No. 08 CIV 5901,
 2011 WL 4949928 (S.D.N.Y. Oct. 18, 2011)……………………………………………15

*Virgin Enterprises Ltd. v. Am. Longevity,* No. 99 CIV 9854, 2001 WL 237379
 (S.D.N.Y. Mar. 8, 2001)……………………………………………………………………15



**CONCLUSION**

This Court should sustain Plaintiffs' Objections in all respects.  This Court should reverse

and/or vacate all of the Order's denials of the relief sought by Plaintiffs.

Dated: New York, New York
       December 30, 2015

                              LOVELL STEWART HALEBIAN
                              JACOBSON LLP

                              By:

---

[14] Fed. R. Civ. P 30(b)(1) "The notice must state the time and place of the deposition and, if known, the deponent's name and address."
[15] Fed. R. Civ. P 30(b)(6) "must describe with reasonable particularity the matters for examination."

Christopher Lovell
61 Broadway, Suite 501
New York, New York 10006
Telephone:      (212) 608-1900
Facsimile:      (212) 719-4677
***Interim Lead Class Counsel***

**Exhibit A**

**Exhibit Filed Under Seal**

**Exhibit B**

**Exhibit Filed Under Seal**