UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
IN RE: TERM COMMODITIES COTTON  :
FUTURES LITIGATION,             :
                                :          **ORDER GRANTING**
THIS DOCUMENT RELATES TO ALL MEMBER : **LEAVE TO FILE MOTION**
CASES OF THIS ACTION:           :          **TO AMEND THE**
                                :          **COMPLAINT**
12-CV-5126                      :
12-CV-5269                      :          MASTER DOCKET
12-CV-5334                      :
12-CV-5380                      :          12-CV-5126 (ALC)(KNF)
12-CV-5470                      :
12-CV-5563                      :
12-CV-5732                      :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

By letter dated January 24, 2017, Plaintiffs requested leave to file a motion to amend the complaint. Plaintiffs' application is **GRANTED**.

The Court sets the following briefing schedule for Plaintiffs' motion to amend the complaint:

   Plaintiffs' Motion to Amend the Complaint: due on or before **March 7, 2017**;
   Defendants' Opposition: due on or before **March 28, 2017**; and
   Plaintiffs' Reply: due on or before **April 4, 2017**.

Plaintiffs are ordered to show cause as to why attorneys' fees and other costs related to the amendment should not be imposed given the overwhelming delay. The parties may include such a showing in the motion to amend the complaint.

**SO ORDERED.**

Dated:   New York, New York
         February 22, 2017

                                        _____
                                        ANDREW L. CARTER, JR.
                                        United States District Judge