UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/22/18

---------------------------------------------------------------- x

IN RE: TERM COMMODITIES COTTON
FUTURES LITIGATION,

THIS DOCUMENT RELATES TO ALL MEMBER
CASES OF THIS ACTION:

12-CV-5126
12-CV-5269
12-CV-5334
12-CV-5380
12-CV-5470
12-CV-5563
12-CV-5732

**ORDER**

MASTER DOCKET

12-CV-5126 (ALC)(KNF)

---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The parties have moved for leave to file respective memoranda under seal, pursuant to the parties' Stipulated Protective Order (Docket Entry 106), as follows: (1) Plaintiff's Motion for Partial Reconsideration of the Court's February 13, 2018 Order (Docket Entry 472); (2) Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Partial Reconsideration of the Court's February 13, 2018 Order (Docket Entry 480); (3) Plaintiff's Reply in Further Support of His Motion for Partial Reconsideration of The Court's February 13, 2018 Order (Docket Entry 485). The parties contend that their memoranda contain material designated as confidential or highly confidential by the producing party, and that filing them under seal is warranted.

Upon review of the parties' motion papers, the Court finds that the filing the parties' above-mentioned submissions under seal is warranted. Accordingly, the parties' motions, Docket Entries 472, 480, and 485 are granted. The Clerk of the Court is directed to terminate these pending motions.

**SO ORDERED.**

Dated:    March 22, 2018
         New York, New York

---
**ANDREW L. CARTER, JR.**
**United States District Judge**