USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE: TERM COMMODITIES COTTON
FUTURES LITIGATION,

THIS DOCUMENT RELATES TO ALL
MEMBER CASES OF THIS ACTION:

12 Civ. 5126
12 Civ. 5269
12 Civ. 5334
12 Civ. 5380
12 Civ. 5563
12 Civ. 5732
------------------------------------------------------------------X

**ORDER**

12 CV 5126 (ALC) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The above-captioned action has been referred to the undersigned for general pretrial supervision, including settlement. Should the parties wish to have the Court convene a settlement conference, they shall submit to the Court, on or before March 29, 2019, three dates on which all parties are available to participate in the conference.

Dated:  New York, New York
        March 25, 2019

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE