UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
IN RE: TERM COMMODITIES
COTTON FUTURES LITIGATION

MASTER DOCKET
No. 12-cv-5126 (ALC) (KNF)

This Document Relates To:  All Actions

---------------------------------- x

## NOTICE OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DR. CRAIG PIRRONG

PLEASE TAKE NOTICE that upon Defendants' Memorandum of Law in Support of Their Motion To Exclude the Testimony of Dr. Craig Pirrong, which Defendants seek leave to file under seal (*see* ECF No. 531), and the Declaration of William H. Wagener, dated November 18, 2019, and the exhibits attached thereto, Defendants will move this Court, before the Honorable Andrew L. Carter Jr., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for an order excluding the testimony of Dr. Craig Pirrong pursuant to Federal Rules of Evidence 403 and 702, and *Daubert* v. *Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and to grant such other and further relief as the Court deems just and proper.

Dated: November 18, 2019
   New York, New York

Respectfully submitted,

*/s/ Stephen Ehrenberg*
Stephen Ehrenberg (ehrenbergs@sullcrom.com)
William H. Wagener (wagenerw@sullcrom.com)
Katherine L. Bagley (bagleyk@sullcrom.com)
Harry F. Murphy (murphyh@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Attorneys for Defendants*