USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERM COMMODITIES COTTON FUTURES LITIGATION<br><br>This Document Relates To: All Actions | Master Docket<br>No. 12-cv-5126 (ALC) (KNF)<br><br>REVISED SCHEDULING ORDER |

## REVISED SCHEDULING ORDER

ANDREW L. CARTER, JR., United States District Judge:

WHEREAS, good cause exists for modifying the Revised Scheduling Order [Docket No. 540];

NOW, THEREFORE, IT IS ORDERED THAT:

1. Summary judgment motions and motions challenging experts shall be briefed as follows:

   a) Motions shall be filed on November 18, 2019;

   b) Oppositions to motions for summary judgment and oppositions to motions challenging experts shall be filed by February 21, 2020;

   c) Replies in further support of motions for summary judgment and replies in further support of motions challenging experts shall be filed by April 2, 2020; and

   d) Briefs in support of summary judgment motions shall not exceed 50 pages; briefs in opposition to summary judgment motions shall not exceed 60 pages; replies in further support of summary judgment motions shall not exceed 25 pages.

2. Any motion for class certification shall be briefed as follows:

   a) Plaintiffs' motion for class certification and any class certification expert reports shall be due 75 days after the Court resolves the summary judgment motions;

   b) Defendants' response to Plaintiffs' motion for class certification and any responsive class certification expert reports shall be due 60 days after Plaintiffs move for class certification; and

   c) Plaintiffs' class certification reply papers and any reply class certification expert reports shall be due 45 days after Defendants' response to Plaintiffs' motion for class certification.

3. The Court may modify this Scheduling Order for good cause shown, pursuant to Rule 16(b)(4).

Dated: February 21, 2020

**SO ORDERED:**

_____
Honorable Andrew L. Carter, Jr.
United States District Judge