**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
IN RE: TERM COMMODITIES              :
COTTON FUTURES LITIGATION            :
                                     :   MASTER DOCKET
                                     :   No. 12-cv-5126 (ALC) (KNF)
                                     :
                                     :
This Document Relates To: All Actions :
                                     :
                                     :
-------------------------------------------------------x
```

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Christopher M. McGrath and the other documents, pleadings and matters of record herein (including, without limitation, the record on Defendants' motion for summary judgment), Plaintiffs will respectfully move this Court, before the Honorable Andrew L. Carter, Jr. at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York, at such day and at such time designated by the Court, to certify this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

Dated: January 8, 2021
       New York, New York

Respectfully submitted,

*/s/ Christopher Lovell*
Christopher Lovell
Christopher M. McGrath
Travis H. Carter
**LOVELL STEWART HALEBIAN JACOBSON LLP**
500 5th Avenue, Suite 2440
New York, New York 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Interim Class Counsel*