| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- x<br>IN RE: TERM COMMODITIES COTTON<br>FUTURES LITIGATION,<br><br>THIS DOCUMENT RELATES TO ALL MEMBER<br>CASES OF THIS ACTION:<br><br>12-CV-5126<br>12-CV-5269<br>12-CV-5334<br>12-CV-5380<br>12-CV-5470<br>12-CV-5563<br>12-CV-5732<br>------------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 111/15/2021<br><br>**ORDER**<br><br>MASTER DOCKET<br><br>12-CV-5126 (ALC)(KNF) |

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' motions to seal. ECF Nos. 592, 597, 605, 607. Plaintiffs request that the Court seal this case "[p]ursuant to the Stipulated Protective Order" in this action. ECF No. 608. Defendants offer no grounds on which to grant their requested motions to seal. At this stage in the litigation, the Parties must make "a particular and specific demonstration of fact showing that disclosure would result in an injury sufficiently serious to warrant protection." *In re Parmalat Secs. Litig.*, 258 F.R.D. 236, 244 (S.D.N.Y. 2009) (citing *Cipollone v. Liggett Grp., Inc.*, 785 F.2d 1108, 1121 (3d Cir. 1986)).

The Parties are hereby **ORDERED** to provide justification for their respective motions to seal by **December 3, 2021**.

SO ORDERED.

Dated:   November 15, 2021
         New York, New York

                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge