```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/27/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
**IN RE: TERM COMMODITIES COTTON** :
**FUTURES LITIGATION,** :
 :  **ORDER**
**THIS DOCUMENT RELATES TO ALL MEMBER** :
**CASES OF THIS ACTION:** :  MASTER DOCKET
 :
12-CV-5126 :  12-CV-5126 (ALC)(KNF)
12-CV-5269 :
12-CV-5334 :
12-CV-5380 :
12-CV-5470 :
12-CV-5563 :
12-CV-5732 :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' letters. ECF Nos. 649, 652. The Court will hold a telephonic conference in this action on **August 2, 2022 at 2:00PM Eastern Time**. All Parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    July 27, 2022
            New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**