| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>------------------------------------------------------------------ x<br>**IN RE: TERM COMMODITIES COTTON**<br>**FUTURES LITIGATION,**<br><br>**THIS DOCUMENT RELATES TO ALL MEMBER**<br>**CASES OF THIS ACTION:**<br><br>12-CV-5126<br>12-CV-5269<br>12-CV-5334<br>12-CV-5380<br>12-CV-5470<br>12-CV-5563<br>12-CV-5732<br>------------------------------------------------------------------ x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 8/2/2022<br><br>**ORDER**<br><br>MASTER DOCKET<br><br>12-CV-5126 (ALC)(KNF) |

**ANDREW L. CARTER, JR., District Judge:**

The telephonic conference scheduled for August 2, 2022 is hereby **ADJOURNED** until **August 19, 2022 at 2:00PM Eastern Time**. All Parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:   August 2, 2022
             New York, New York

*/s/ Andrew L. Carter, Jr.*
**ANDREW L. CARTER, JR.**
**United States District Judge**