**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

IN RE: TERM COMMODITIES COTTON
FUTURES LITIGATION,                                      :

                                                                          :

THIS DOCUMENT RELATES TO ALL MEMBER    :
CASES OF THIS ACTION:                                 :

                                                                          :

12-CV-5126                                                     :
12-CV-5269                                                     :
12-CV-5334                                                     :
12-CV-5380                                                     :
12-CV-5470                                                     :
12-CV-5563                                                     :
12-CV-5732                                                     :

---------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  _8/3/2022_____

**ORDER**

**MASTER DOCKET**

**12-CV-5126 (ALC)(KNF)**

**ANDREW L. CARTER, JR., District Judge:**

The parties are directed to submit letter briefs, **not to exceed five pages**, addressing the

following issues:

- whether Defendants have waived their right to compel arbitration;

- who has the right to enforce the arbitration agreements and/or clause(s) at issue;

- whether sending notice would affect these enforcement rights; and

- what prejudice to Defendants, if any, arises if notice is sent to individuals bound by

  relevant arbitration agreements.

In their July 22, 2022 Letter, Defendants referenced agreements that may compel potential

members of the class to arbitrate disputes.  In addition to letter briefs, the parties are directed to

file a copy of the ICE Arbitration Rules and copies of other relevant arbitration agreements.  Letter

briefs should be submitted **on August 10, 2022.**

**SO ORDERED.**

Dated:       August 3, 2022
               New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**