UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/25/2023
```

IN RE: TERM COMMODITIES COTTON
FUTURES LITIGATION

This Document Relates To: All Actions

Master Docket:

12-cv-05126 (ALC) (JW)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the pre-motion conference letter filed by Glencore Ltd. and Viterra B.V. (collectively "Glencore"). ECF No. 679. Glencore has advised this Court that Defendants consent to their application to intervene but that counsel for the Class declines to consent. *Id*. at 3.

Plaintiffs are hereby **ORDERED** to respond to Glencore's letter on or by **July 28, 2023**. If Defendants wish to respond, they may also do so by **July 28, 2023**.

SO ORDERED.

Dated:   July 25, 2023
         New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**