```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/8/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TERM COMMODITIES COTTON FUTURES LITIGATION | Master Docket: |
| | 12-cv-05126 (ALC) (JW) |
| This Document Relates To: All Actions | **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Counsel for intervenors Glencore Ltd. and Viterra B.V. (f/k/a Glencore Agriculture B.V.) (collectively, "Glencore") are **ORDERED** to appear before this Court during the scheduled oral argument on **August 9, 2023 at 2:00 PM Eastern Time**. Counsel shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:   August 8, 2023
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**