USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/5/23__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TERM COMMODITIES COTTON FUTURES LITIGATION  <br><br>This Document Relates To: All Actions | Master Docket:<br><br>12-cv-05126 (ALC) (JW)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On October 3, 2023, Plaintiffs submitted a proposed stipulated order, which would give Glencore access to certain uncontested under-seal materials while the motion to intervene remains pending. *See* ECF Nos. 713-14. The Court entered the stipulated order on October 4, 2023. *See* Stipulated Order, ECF No. 715. Under the Stipulated Order, Glencore will now have access to the following sealed materials: (1) unredacted transcripts of the depositions of Plaintiff Mark Allen, all of Defendants' executives, ICE witnesses, and Peter Bunce; (2) unredacted copies of the three expert reports submitted by Plaintiffs' cotton merchant expert, Gerald Marshall; (3) Paragraphs 638-669 of Dr. Craig Pirrong's initial expert report, which is redacted in the public record; (4) any and all mentions of Glencore or Mark Allen in any expert report submitted by Plaintiffs or Defendants, or in any deposition taken in this Action; and (5) Dr. Pirrong's initial expert report (Stoll Declaration, ECF No. 640, Ex. 4), Figure 22. *See* Stipulated Order.

In their motion, Glencore argues it needs the Sealed materials to make an informed decision about whether *they* should remain in, or opt of, the class. As just explained, Glencore will now have access to "any and all mentions of Glencore or Mark Allen in any expert report submitted by Plaintiffs or Defendants, or in any deposition taken in this Action" to aid in their decision. Therefore, Glencore is hereby **ORDERED** to file a letter on or by **October 10, 2023** indicating which sealed materials, if any, still remain in dispute.

**SO ORDERED.**

**Dated:    October 5, 2023**
**         New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**