UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERM COMMODITIES COTTON FUTURES LITIGATION<br><br>This Document Relates To: All Actions | MASTER DOCKET<br><br>12-CV-5126 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the April 25, 2025 telephonic conference in this case, the Court reminds the Parties of the upcoming telephonic conference on **May 14, 2025 at 12 p.m.** The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**
Dated:   May 1, 2025
         New York, New York

*/s/ Andrew L. Carter, Jr.*
**ANDREW L. CARTER, JR.**
**United States District Judge**