UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERM COMMODITIES COTTON FUTURES LITIGATION<br><br>This Document Relates To: All Actions | MASTER DOCKET<br><br>12-CV-5126 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a scheduling conflict, the conference previously scheduled for Wednesday, May 14, 2025 at 12 p.m. is hereby adjourned. The Court **ORDERS** the Parties to appear for a status conference on Thursday, June 5, 2025 at 12 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**
**Dated:   May 12, 2025**
          **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**