UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERM COMMODITIES COTTON FUTURES LITIGATION<br>--------------------------------------------------------------------<br><br>GLENCORE LTD., et al.,<br>                    *Plaintiffs.*<br>          -*against*-<br>LOUIS DREYFUS COMPANY B.V., et al<br>                    *Defendants.* | 12-CV-5126 (ALC)<br><br>23-CV-11125 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the present dispute implicating both cases, the Court **ORDERS** the Parties in 12-CV-5126 and 23-CV-11125 to attend a joint status conference, in person, in Courtroom 444, 40 Foley Square on **Wednesday, June 18, 2025 at 2:00 p.m**. The Parties shall be prepared to discuss Defendants' contemplated motion to modify the Protective Order in 23-CV-11125.

In light of the joint status conference, the Court adjourns the telephonic conference in 12-CV-5126 originally slated for June 5, 2025 at 12 p.m.

SO ORDERED.
Dated:   June 2, 2025
         New York, New York

                                                                          _____
                                                                          **ANDREW L. CARTER, JR.**
                                                                          **United States District Judge**