UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: TERM COMMODITIES COTTON FUTURES LITIGATION

GLENCORE LTD., et al.,
         *Plaintiffs.*
        -*against*-
LOUIS DREYFUS COMPANY B.V., et al
         *Defendants.*

12-CV-5126 (ALC)

23-CV-11125 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court hereby adjourns the joint in-person status conference originally set for June 18, 2025 at 12 p.m.

    The Parties in both matters shall appear for a joint in-person status conference on **June 26, 2025 at 11 a.m**. in Courtroom 444, Thurgood Marshall United States Courthouse.

SO ORDERED.
Dated:   June 13, 2025
           New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**