# LOVELL STEWART HALEBIAN JACOBSON LLP

500 Fifth Avenue, Suite 2440
New York, New York 10110

www.lshllp.com

| Telephone | | Facsimile |
|---|---|---|
| 212.608.1900 | | 646.398.8392 |

July 17, 2025

> The request to file the Parties' joint status report concerning settlement discussions is **GRANTED.** SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> October 22, 2025

**BY ECF AND ELECTRONIC MAIL**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *In re: Term Commodities Cotton Futures Litig.*, 12-cv-5126 (ALC) (JW) (S.D.N.Y.)

Dear Judge Carter:

      As an attorney for Plaintiffs, I am writing to respectfully request permission to file the parties' joint status report concerning settlement discussions under seal.

      Thank you very much.

                                     Respectfully submitted,
                                     */s/ Christopher M. McGrath*
                                     Christopher McGrath

cc:   Counsel of Record (by ECF)