UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x
               In re: Term              :

Commodities Futures       :     12-cv-5126

               Litigation        :     **ORDER**

                                       :

                                       :
————————————————————————x

ANDREW L. CARTER, JR., United States District Judge:

The Parties are ORDERED to provide a joint status report by April 28, 2026.

SO ORDERED.

Dated:  April 21, 2026
        New York, New York

                                         _____
                                         ANDREW L. CARTER, JR.
                                         United States District Judge