UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
:
IN RE: Term Commodities Cotton
Futures Litigation
:
:
:                                    1:12-cv-5126 (ALC)
:
:                                    **ORDER**
:
:
:
:
:
------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court ORDERS all Parties attend a conference on May 21, 2026 at 3 P.M. The

Parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley

Square, in Courtroom 444 on the date and time specified above.

**SO ORDERED.**

Dated:    April 29, 2026
          New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**