**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————————— x

IN RE: Term Commodities Cotton
Futures Litigation

1:12-cv-5126 (ALC)

**ORDER**

x ——————————————————————————— x

**ANDREW L. CARTER, JR., United States District Judge:**

Following up from the May 21, 2026 conference, Defendants have until August 21, 2026 for targeted discovery into the "diligence" issue with a joint status report due September 3, 2026.

Defendants' motion for decertification is due June 11, 2026, Plaintiffs' opposition by July 2, 2026, any Reply by July 9, 2026. Defendants' motion to compel is due by June 25, 2026, Plaintiffs' opposition by July 16, 2026, any Reply by July 23, 2026.

The Court ORDERS all Parties attend a conference on August 11, 2026 at 11 AM. The Parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

A joint status report is due by October 9, 2026, indicating whether Defendants can try the case November 16, 2026 or January 11, 2027. Otherwise, trial will begin April 12, 2027. 12, 2027.

**SO ORDERED.**

Dated:    May 21, 2026
   New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**