**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE: Term Commodities Cotton Futures Litigation**

**1:12-cv-5126 (ALC)**

**ORDER**

---

**ANDREW L CARTER, JR., United States District Judge:**

The August 11, 2026 conference is cancelled. The Court will follow up with a new date.

**SO ORDERED.**

**Dated:** August 11, 2026
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**