**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE: Term Commodities Cotton Futures Litigation**

**1:12-cv-5126 (ALC)**

**ORDER**

**ANDREW L CARTER, JR., United States District Judge:**

The Court ORDERS all Parties attend a conference on August 27, 2026 at 10 AM. The Parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above. **SO ORDERED.**

**Dated:** August 11, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**