UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: Term Commodities Cotton Futures Litigation

1:12-cv-5126 (ALC)

ORDER

ANDREW L CARTER, JR., United States District Judge:

For the reasons stated on the record during the August 27, 2026 conference, Defendants' motion to compel arbitration and motion to decertify the class are denied. The Parties' JSR regarding the "diligence" issue is due September 3, 2026 and the JSR regarding moving up the trial from April 2027 is due October 9, 2026.

SO ORDERED.

Dated: August 27, 2026
New York, New York

Andrew L Carter Jr

ANDREW L. CARTER, JR.
United States District Judge