**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**IN RE: TERM COMMODITIES COTTON FUTURES LITIGATION**

**ORDER ON MOTIONS TO SEAL**

Master Docket: **12-CV-5126 (ALC) (JW)**

---------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the Parties' various motions to seal at 12-CV-5126, Dkt. Nos. 753, 762, 773, 779, 781, 786, 790, 808, 832, and 836.

Parties request to seal information reflecting, *inter alia*, material designated highly confidential by a non-party (e.g., Dkt. No. 753), materials produced in related actions with confidential or highly confidential designations under an identical protective order (e.g., Dkt. Nos. 762, 781), and material otherwise designated confidential or highly confidential under the Stipulated Protective Order at Dkt. No. 106 (e.g., Dkt. Nos. 773, 779, 786, 790, 808, 832, 836).

"Pursuant to § A.3 of the Protective Order, the producing party may designate Discovery Material as "Confidential" if it in good faith believes that the Discovery Material contains "proprietary, confidential, private, or commercially sensitive information, other confidential research, development, or commercial information" as provided by Federal Rule of Civil Procedure 26(c)(1)(G), or "any other information whose public disclosure" would be to the detriment of that party's business. Section A.4 provides that the producing party may designate Discovery Material as "Highly

Confidential" if it in good faith believes that it contains "particularly commercially sensitive or private information.""  Dkt. No. 832, citing Dkt. No. 106.

Upon review of the parties' motion papers and redacted filings, the Court finds that keeping the information under seal is warranted, and that the redactions are narrowly tailored to preserve the public's right to access. This is consistent with the Court's prior rulings (see, e.g., Dkt. No. 458, Dkt. No. 628). Accordingly, Dkt. Nos. 753, 762, 773, 779, 781, 786, 790, 808, 832, and 836 are **GRANTED**.

However, it appears that Defendants have not yet filed the sealed, unredacted versions of Dkt. Nos. 775 and 776 (contemplated in Dkt. No. 773). Defendants are ordered to do so by **October 20, 2026.**

**The Clerk of Court is respectfully requested to close Dkt. Nos. 753, 762, 773, 779, 781, 786, 790, 808, 832, and 836.**

SO ORDERED.

DATED: New York, New York
October 13, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge