**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE: TERM COMMODITIES COTTON FUTURES LITIGATION**

**12-cv-5126 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties should submit a joint status report by November 5, 2026.

The Court ORDERS all Parties to attend a conference on November, 12, 2026, at 4 PM. The Parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, in Courtroom 444, on the date and time specified above.

**SO ORDERED.**

Dated: October 21, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**