**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

**IN RE: TERM COMMODITIES COTTON FUTURES LITIGATION**

**ORDER ON MOTIONS TO SEAL**

Master Docket: **12-CV-5126 (ALC) (JW)**

--------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the Parties' various motions to seal at 12-CV-5126, Dkt. Nos. 840, 842, and 851.

Parties request to seal information reflecting material designated highly confidential by a non-party (e.g., Dkt. No. 840), and material otherwise designated confidential or highly confidential under the Stipulated Protective Order at Dkt. No. 106 (Dkt. Nos. 842, 851).

"Pursuant to § A.3 of the Protective Order, the producing party may designate Discovery Material as "Confidential" if it in good faith believes that the Discovery Material contains "proprietary, confidential, private, or commercially sensitive information, other confidential research, development, or commercial information" as provided by Federal Rule of Civil Procedure 26(c)(1)(G), or "any other information whose public disclosure" would be to the detriment of that party's business. Section A.4 provides that the producing party may designate Discovery Material as "Highly Confidential" if it in good faith believes that it contains "particularly commercially sensitive or private information."" Dkt. No. 851, citing Dkt. No. 106.

Upon review of the parties' motion papers at Dkt. No. 840 and 851, and redacted filings, the Court finds that keeping the information under seal is warranted, and that the redactions are narrowly tailored to preserve the public's right to access. This is consistent with the Court's prior rulings (see, e.g., Dkt. No. 458, Dkt. No. 628, and Dkt. No. 839). Accordingly, Dkt. Nos. 840 and 851 are **GRANTED**.

However, Dkt. No. 842 is not yet ripe for ruling. This is because it appears Defendants have not yet filed the public, redacted version of Dkt. No. 843, contemplated in Dkt. No. 842. Defendants should do so by **November 6, 2026**, so that the Court can rule on Dkt. No. 842 in due course.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 840 and 851, as well as Dkt. No. 836, which the Court resolved in the Order at Dkt. No. 839.**

SO ORDERED.

DATED: New York, New York
October 30, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge