**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE: TERM COMMODITIES COTTON FUTURES LITIGATION**

**12-cv-5126 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' motion to compel arbitration as to the five class members enumerated in their October 7, 2026, letter (ECF No. 833) is **DENIED**. The Court finds that Defendants have waived arbitration as to these five members for the same reasons stated on the record at the conference held on August 27, 2026, regarding Defendants' motion to compel arbitration for two different class members. The Court by this Order does not address whether Defendants have adequately shown that these five members are members of the Intercontinental Exchange ("ICE").

The Clerk of Court is respectfully directed to terminate pending letter motion at ECF No. 834.

**SO ORDERED.**

Dated: November 12, 2026
New York, New York

Andrew L. Carter Jr.

**ANDREW L. CARTER, JR.**
**United States District Judge**